# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————

**No. ACM 40528**

———————————

**UNITED STATES**
*Appellee*

**v.**

**Damon L. RODGERS**
Senior Airman (E-4), U.S. Air Force, *Appellant*

———————————

Appeal from the United States Air Force Trial Judiciary

Decided 2 December 2024

———————————

*Military Judge*: Charles G. Warren (pretrial proceeding);* Thomas A. Smith (arraignment); Matthew N. McCall.

*Sentence*: Sentence adjudged 13 June 2023 by GCM convened at Offutt Air Force Base, Nebraska. Sentence entered by military judge on 26 July 2023: Dishonorable discharge, confinement for 60 months, and reduction to E-1.

*For Appellant*: Major Frederick J. Johnson, USAF.

*For Appellee*: Lieutenant Colonel J. Pete Ferrell, USAF; Major Brittany M. Speirs, USAF; Mary Ellen Payne, Esquire.

Before JOHNSON, GRUEN, and PERCLE, *Appellate Military Judges*.

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4**

———————————

———————————

* Pursuant to Article 30a, Uniform Code of Military Justice. 10 U.S.C. § 830a.

PER CURIAM:

As entered, the findings are correct in law, and the sentence is correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2019 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court